AO 450 Judgment in a Civil Case

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

James Martin

              V.                    **JUDGMENT IN A CIVIL CASE**

Garza, et al.

                              CASE NUMBER:    06cv1095-JM

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the R&R and grants Defendants' Motion to Dismiss in its entirety, based on Plaintiff's failure to exhaust administrative remedies, or, in the alternative, based on Plaintiff's failure to state any claim upon which can be granted........................................................................................................
........................................................................................................................................................

| August 7, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON August 7, 2007

06cv1095-JM